US DISTRICT COURT
Room 1000
601 Federal Street
Bluefield, WV 24701



9336 0699 0430 0080 0911 89

RETURN RECEIPT (ELECTRONIC)
RESTRICTED DELIVERY

Sgt. X Muncie, WVDOC OFC/SCRJ
Corrections Guard
South Central Regional Jail
and Correctional Facility
1001 Centre Way
Charleston, WV 25309

Reference Number: 2:20-cv-00872  arb  #9

US DISTRICT COURT
Room 1000
601 Federal Street
Bluefield, WV 24701



9336 0699 0430 0080 0915 92

RETURN RECEIPT (ELECTRONIC)
RESTRICTED DELIVERY

Craig Roberts, WVDOC Superintendent
South Central Regional Jail
and Correctional Facility
1001 Centre Way
Charleston, WV 25309

Reference Number: 2:20-cv-00872  arb  #9

US DISTRICT COURT
Room 1000
601 Federal Street
Bluefield, WV 24701



9336 0699 0430 0080 0923 53

RETURN RECEIPT (ELECTRONIC)
RESTRICTED DELIVERY

Betsy Jividen, WVDOC Commissioner and SCRJ
West Virginia Division of Corrections
and Rehabilitation
1409 Greenbrier Street
Charleston, WV 25311

Reference Number: 2:20-cv-00872  arb  #9