


March 15, 2021

Dear WALZ GROUP:

The following is in response to your request for proof of delivery on your item with the tracking number: **9336 0699 0430 0080 0915 92**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 10, 2021, 11:52 a.m. |
| **Location:** | SOUTH CHARLESTON, WV 25309 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | Craig Roberts WVDOC Superintendent South Centra |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 1001 CENTRE WAY |
| **City, State ZIP Code:** | SOUTH CHARLESTON, WV 25309-9457 |

Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

Information in this section provided by Covius Document Services, LLC.

**Reference Number:** 2:20-cv-00872 arb #9

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

James Nathaniel Braswell

*Plaintiff(s)*

v.

Sgt. X Muncie, et al.

*Defendant(s)*

Civil Action No. 2:20-cv-00872

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Craig Roberts, WVDOC Superintendent
South Central Regional Jail
and Correctional Facility
1001 Centre Way
Charleston, WV 25309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James Nathaniel Braswell #3613474
South Central Regional Jail
and Correctional Facility
1001 Centre Way
Charleston, WV 25309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/08/2021

s/Rory L. Perry II

*Signature of Clerk*