
**UNITED STATES**
**POSTAL SERVICE**

March 15, 2021

Dear WALZ GROUP:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9336 0699 0430 0080 0923 53**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 10, 2021, 12:19 p.m. |
| **Location:** | CHARLESTON, WV 25311 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | Betsy Jividen  WVDOC Commissioner and SCRJ West |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 1409 GREENBRIER ST |
| **City, State ZIP Code:** | CHARLESTON, WV 25311-1066 |

**Recipient Signature**

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *[handwritten address]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

-----------------------------------------------------------------------------------------------------------------

Information in this section provided by Covius Document Services, LLC.

**Reference Number:** 2:20-cv-00872  arb  #9

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

| | |
|---|---|
| James Nathaniel Braswell<br><br><br>*Plaintiff(s)*<br>v.<br>Sgt. X Muncie, et al.<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2:20-cv-00872

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Betsy Jividen, WVDOC Commissioner and SCRJ
West Virginia Division of Corrections
 and Rehabilitation
1409 Greenbrier Street
Charleston, WV  25311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James Nathaniel Braswell  #3613474
South Central Regional Jail
 and Correctional Facility
1001 Centre Way
Charleston, WV  25309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:          03/08/2021                          s/**Rory L. Perry II**
                                                          *Signature of Clerk or Deputy Clerk*