IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

JAMES NATHANIEL BRASWELL,

        Plaintiff,

v.
                                                                  CIVIL ACTION NO. 2:20-CV-00872

SGT. X MUNCIE, et al.

        Defendants.

### DEFENDANTS' MOTION TO DISMISS

COMES NOW Defendants Craig Roberts and Betsy Jividen, by counsel, William E. Murray, Mark J. McGhee, and the law firm of Anspach Meeks Ellenberger LLP, and move that Plaintiff's Complaint be dismissed with prejudice because it fails to state a claim upon which relief can be granted. The basis for Defendants' Motion is set forth more fully in the Memorandum of Law in Support filed contemporaneously with this Motion.

                              **CRAIG ROBERTS AND BETSY JIVIDEN,**

                              By Counsel

                              / s/ William E. Murray
                              William E. Murray, Esquire (WVSB #2693)
                              Mark J. McGhee, Esquire (WVSB #9016)
                              Anspach Meeks Ellenberger LLP
                              500 Virginia Street East, Suite 525
                              Charleston, West Virginia 25301
                              Telephone: (304) 205-8063
                              Facsimile: (304) 205-8062
                              Email: wmurray@anspachlaw.com
                              Email: mmcghee@anspachlaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

JAMES NATHANIEL BRASWELL,

       Plaintiff,

v.

                                    CIVIL ACTION NO. 2:20-CV-00872

SGT. X MUNCIE, et al.

       Defendants.

## CERTIFICATE OF SERVICE

I, William E. Murray, do hereby certify that on this 19th day of March, 2021, I filed the foregoing **"DEFENDANTS' MOTION TO DISMISS"** with the Clerk of the Court using the CM/ECF system, and served Plaintiff by mail, to wit:

        James Braswell (#3613474)
        South Central Regional Jail
        1001 Centre Way
        Charleston, WV 25309
        *Pro Se Plaintiff*

        /s/ William E. Murray_____
        William E. Murray (WVSB #2693)
        ANSPACH MEEKS ELLENBERGER LLP
        500 Virginia Street East, Suite 525
        Charleston, West Virginia 25301
        304-205-8063 - telephone
        304-205-8062 – facsimile
        wmurray@anspachlaw.com