To: Clerk of Courts Southern District of West Virginia

From: James N. Braswell,
       Plaintiff,                          Civil Action No 2:20 00872

FILED
APR - 1 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Civil Action No: 2:20-00872

Please be advised that my address has changed yet again. I am now at 112 Northern Correctional Drive, ~~Cedar~~ Mandsville W.V. 26041.

Unfortunatley I am now again in a Regional Jail. I was doing good and working hard at my Substance abuse recovery, yet made a mistake of having food and Coffee in my room at Clean and Clear Advantage recovery. I am now in the Regional jail - put here by my parole officer for breaking the rules and being discharged from a rehab. I am not giving up, and I will be released from here on May 17th 2021.

Unfortunatley, I have no lawyer. I need reprensentation for this case. I am not skilled at this pro se litigant. Is there anything I can do to get legal counsel. Also, I do not have the Pro Se Hand book - they would not let me bring it in to this institution.

I have no access to any kind of law library to study this case. I have no stamps or envelopes to file or send letters with. I just do not know what to do. My Civil rights were extremely violated. Betsy Jividen and Craig Roberts have filed a motion to dismiss. They feel as if they are not part of this problem were my civil rights were violated - but they are wrong! Sgt. Muncie was never investigated. There is footage of the entire incident. To my knowledge he was never so much as talked to about it. Even after the event he told the prosecuter that the guys that did this to me were known for doing this type of thing. This thing being hurting and assualting people. So why did he put me there when I was sick and vulnerable? And why didn't Sgt. Muncie get any kind of repramand. Craig Roberts and Betsy Jividen are responsible for his training. They uphold his oath and they are responsible for his Actions. Craig Roberts and Jividin are responsible for Sgt Muncies actions. It is with all my will that I am asking

the United States Magistrate Judge Omar J. Aboulhosn to please give me more time to respond to Roberts and Jividins Motion to dismiss and Memorandum in Support. And it is with every bit of my being that I beg for some kind of legal aid or pro bono attorney to help with this matter. Please help.

I would also like to humbly ask the Clerk of court to give me or by mail the following things

- Pro Se Handbook  
  Filing Pro Se litigant Rules

- Civil Rights Federal rule book

- Local Rules C.R. Federal book

- Anything I need to file for legal Counsel. Pro bono help. Documents.

- A print out showing me where my case is at this point. And what I can do

- Paperwork or Documents to file for

a continuance. I need to postpone this until I have an attorney.

- Because I have no money I could really use stamps for legal mail including envelopes and legal paper to write. I am indigent

Please help if you can w/ those items. I am indigent. I do not have money to call for a lawyer. Any advice on these matters. Sorry for everything else.

James N. Braswell
3613474
NRJ
112 Northern Regional Correctional Dr
Moundsville, WV 26041