

**In The United States District Court For**

**The Southern District of West Virginia**

**Charleston Division**

James Nathaniel Braswell,

    Plaintiff

    V.                                          Civil Action No: 2;20-00872

SGT. X Muncie, et. al.,
Defendants,

Motion to Continue Response to Defendant's Roberts and Jividen motion

COMES NOW The Plaintiff, James Nathaniel Braswell, pro se, and hereby moves the court to continue the response to Defendant's Roberts and Jividen's motion. The Plaintiff moves this court for the following reasons below:

    1) The Plaintiff was recently released from the custody of the West Virginia Northern Regional Jail on May 17th 2021.

    2) The Plaintiff was released to a rehabilitation program MID-OHIO FELLOWSHIP HOME on May 17th 2021.

    3) The MID OHIO FELLOWSHIP HOME requires a 30 day "black out" period that limits the use of Cell phones, landline phones, computers and restricts the leaving of the institution.

    4) The Plaintiff has not had access to the clerk's office or library.

    5) The Plaintiff has not access to medical records or exhibits and or

other legal or factual material supporting his positions and issues in order to prepare the affidavit.

6) The Plaintiff has attained proper counsel, Jay T. Mcamic of the Mcamic Law Firm PLLC as of June 16th 2021.

7) Counsel for the Plaintiff will need a short intermission to prepare, instruct and arrange for the Plaintiff.

8) The plaintiff, request for certain medical records have been delayed because of covid-19 limitations within the institutions from which they were requested.

For the following reasons above, the Plaintiff, James Braswell, moves the court to continue the response to the Defendants Roberts and Jividen's motion for at least sixty days from June 17th 2021.

Respectfully submitted this 16th day of June, 2021

Plaintiff _____
James Nathaniel Braswell
1030 George St.
Parkersburg, W.V. 26101

OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
Heather R. DeBord
4420 11th Ave, Parkersburg, WV 26101
My Commission Expires March 09, 2025

EXPECTED DELIVERY DAY: 06/17/21

USPS TRACKING® #

9505 5108 3036 1167 2585 75

PRIORITY MAIL

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL

FROM:
James Nathaniel Braswell
1030 George St.
Parkersburg W.V.
26101

TO: Clerk of Court
Robert C. Byrd
United States Courthouse
300 Virginia St. E.
#2400
Charleston, W.V. 2530

U.S. POSTAGE PAID
PM 1-Day
PARKERSBURG, WV
26101
JUN 16, 21
AMOUNT
$7.95
R2304M115968-24

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONA

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14B © U.S. Postal Service; July 2013; All rights reserved.

PRIORITY MAIL

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

PS00001000012
EP14B July 2013
OD: 10 x 6

* Domestic only.
× For international shipments, the maximum weight is 4 lbs.

UNITED STATES POSTAL SERVICE

TRACKED* INSURED*