## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

**JAMES NATHANIEL BRASWELL,**

      **Plaintiff,**

**v.**                                           **CIVIL ACTION NO. 2:20-CV-00872**

**BETSY JIVIDEN, in her official**
**capacity as Commissioner of the**
**West Virginia Division of Corrections**
**and Rehabilitation, et al.**

      **Defendants.**

### CERTIFICATE OF SERVICE

I, William E. Murray, counsel for Defendants Betsy Jividen and Craig Roberts, do hereby certify that on the 30th day of March 2022, I electronically filed the Certificate of Service for the foregoing ***"Defendants Betsy Jividen and Craig Roberts' Response to Plaintiff's First Set of Interrogatories and Requests for Production of Documents"*** with the Clerk of the Court using the CM/ECF system, which will send notification to the following CM/ECF participants, by depositing the same in the United States mail:

| | |
|---|---|
| L. Danté diTrapano, Esq. (WVSB# 6778) | Anthony I. Werner (WVSB #5203) |
| Calwell Luce diTrapano PLLC | John & Werner Law Offices PLLC |
| 500 Randolph Street | Board of Trade Building, Suite 200 |
| Charleston, WV 25302 | 80-12th Street |
| *Counsel for Plaintiff* | Wheeling, WV 26003 |
| | *Counsel for Plaintiff* |

Jay T. McCamic, Esq. (WVSB# 2386)
McCamic Law Firm, PLLC
80 12th Street, Ste. 305
P.O. Box 151 Wheeling, WV 26003
*Counsel for Plaintiff*

14

       */s/ William E. Murray*
William E. Murray (WVSB #2693)
Jaden P. Rhea (WVSB #13454)
ANSPACH MEEKS ELLENBERGER LLP
500 Virginia Street, East, Suite 525
Charleston, West Virginia 25301
304-205-8063 - telephone
304-205-8062 – facsimile
wmurray@anspachlaw.com
jrhea@anspachlaw.com