# EXHIBIT B

## WV DIVISION OF CORRECTIONS AND REHABILITATION

## DAILY HOUSING UNIT LOG

SHIFT: 2300-0700   DAY: Tues/Wed   DATE: 1/2 Jan 2019

POD: ( ) A  (✓) B  ( ) C   WEATHER CONDITIONS: cold   # OF KEYS: N/F

BOOKING ( )   CENTRAL CONTROL ( )  FRONT ( )  BACK   PAGE: 2 OF 2

| Time | Entry |
|---|---|
| 0403 | C/O Grantham w/ 3 from B8 to booking |
| 0409 | C/O Martin and OJT Tomblin w/ 3 from BPOD to medical for blood sugars (Thomas-155, Flint-84, Kirk-155) |
| 0424 | C/O Martin and OJT Tomblin conduct sec ✓ |
|  | 1  0424-0430        5  0435-0436 |
|  | 2  0433-0435        6  0432-0433 |
|  | 3  0433-0435        7  0432-0433 |
|  | 4  n/a              8  0430-0431 |
| 0525 | C/O Martin w/ 3 from medical to BPOD (Thomas, Flint, Kirk) |
| 0541 | C/O Martin and OJT Tomblin begin BPOD chow |
|  | 1  0541-0547        5  0623-0633 |
|  | 2  0600-0603        6  0613-0617 |
|  | 3  0604-0607        7  0609-0612 |
|  | 4  0619-0619        8  0549-0555 |
| 0645 | C/O Martin puts 1 I/M to B6 (Glaswell) |
| 0650 | C/O Martin and OJT Tomblin w/ 5 from BPOD to core (ATW's - Lopez, Craven, Dehouse, Almande -B7) (Fed court - Lacey, David -B7) |
| 0700 | Dayshift begins |
|  | C/O A. Johnson relieves C/O Martin as B-Rover |
|  | C/O L. Carter relieves C/O Seals as B-Tower |
|  | All info passed on and equipment accounted for and appear to be in working order |

### INVENTORY OF POD CONTROL ROOM EQUIPMENT

#  0  HANDCUFFS        #  0  FLASHLIGHTS        #  0  TRIMMERS

#  0  LEG IRONS        #  1  KNIVES             #  0  NAIL CLIPPERS

# WV DIVISION OF CORRECTIONS AND REHABILITATION

## DAILY HOUSING UNIT LOG

SHIFT: 0700-1500   DAY: Wednesday   DATE: 2 Jan 2019

POD: ( ) A  (✓) B  ( ) C   WEATHER CONDITIONS: Cool   # OF KEYS: AAF

BOOKING ( )   CENTRAL CONTROL ( )  FRONT ( ) BACK   PAGE: 1 OF 2

| Time | Entry |
|------|-------|
| 0700 | Begin Formal |
|      | C/O Johnson relieves c/o Martin as B-rover |
|      | C/O L.Carter relieves c/o Seals in B-tower |
|      | All info and equipment passed on in good condition |
| 0716 | Count begins in B-pod |
|      | 1  0716-0718   5  0728-0731 |
|      | 2  0722-0723   6  0725-0727 |
|      | 3  0723-0725   7  0727-0728 |
|      | 4  N/A         8  0718-0721 |
| 0748 | Med Pass begins w/ nurse |
|      | 1  0748-0755   5  0827-0842 |
|      | 2  0818-0822   6  0808-0816 |
|      | 3  0822-0825   7  0806-0808 |
|      | 4  N/A         8  0755-0801 |
| 0756 | Formal count is clear |
| 0820 | C/O Crum w/ 1 A/W from B5 (Wilson) |
| 0822 | C/O Crum w/ 1 from B6 to the core |
| 0843 | C/O Johnson w/ 1 from B7 (Thomas) to the core |
| 0904 | Inmate fight B8 |
| 0908 | Inmate fight B7 |
| 0930 | C/O Johnson w/ 1 A/W from B8 (Robinson) |
| 0937 | C/O Johnson w/ 1 from B8 to arrainment (Berry) |
| 10:00 | C/O Johnson w/ 1 from B8 to PV (Diego) |
| 11:17 | Lunch chow begins in B-pod |
|       | 1  11:17-11:21   5  11:28-11:35 |
|       | 2  11:56-11:58   6  11:44-11:52 |
|       | 3  11:58-12:00   7  11:41-11:44 |
|       | 4  N/A           8  11:21-11:24 |
| 11:32 | C/O II Holiday w/ 1 from B7 (Akers) to medical |
| 12:00 | Midshift count begins |
|       | 1  12:06-12:08   3  12:13-   5  12:02-12:04   7  12:05-12:06 |
|       | 2  12:12-12:13   4  N/A     6  11:44-11:52   8  12:08-12:10 |

### INVENTORY OF POD CONTROL ROOM EQUIPMENT

# 0 HANDCUFFS   # 0 FLASHLIGHTS   # 0 TRIMMERS

# 0 LEG IRONS   # 1 KNIVES   # 0 NAIL CLIPPERS