# EXHIBIT C

| Offender | Booki Bed Assignment Reason | Bed | Start Date | End Date |
|---|---|---|---|---|
| Braswell, James Nathaniel - 36134 | 5 Relocate | SCRJ-C-3-02-A | 2/9/2021 | 3/3/2021 |
| Braswell, James Nathaniel - 36134 | 5 Initial Housing Assignment | SCRJ-A-3-02-FLR | 1/28/2021 | 2/9/2021 |
| Braswell, James Nathaniel - 36134 | 5 Initial Housing Assignment | SCRJ-Holding | 1/28/2021 | 1/28/2021 |
| Braswell, James Nathaniel - 36134 | 5 Programming Purposes | SCC-JONE-211B-005-5B-TC | 4/14/2020 | 7/6/2020 |
| Braswell, James Nathaniel - 36134 | 5 Programming Purposes | SCC-JONE-211B-005-5A-TC | 1/28/2020 | 4/14/2020 |
| Braswell, James Nathaniel - 36134 | 5 Programming Purposes | SCC-JONE-211B-005-5B-TC | 10/16/2019 | 1/28/2020 |
| Braswell, James Nathaniel - 36134 | 5 Initial Housing Assignment | SCC-A-207-M210-25B-GP | 8/29/2019 | 10/16/2019 |
| Braswell, James Nathaniel - 36134 | 5 General Population | SWRJ-E-8-13-B | 7/17/2019 | 8/29/2019 |
| Braswell, James Nathaniel - 36134 | 5 Medical | SWRJ-MED-MED-04-D | 7/15/2019 | 7/17/2019 |
| Braswell, James Nathaniel - 36134 | 5 General Population | SWRJ-E-8-13-B | 7/2/2019 | 7/15/2019 |
| Braswell, James Nathaniel - 36134 | 5 Discharged from Medical | SWRJ-E-8-09-A | 6/11/2019 | 7/2/2019 |
| Braswell, James Nathaniel - 36134 | 5 Medical | SWRJ-MED-MED-04-FLR2 | 6/7/2019 | 6/11/2019 |
| Braswell, James Nathaniel - 36134 | 5 Initial Housing Assignment | SWRJ-Holding | 6/7/2019 | 6/7/2019 |
| Braswell, James Nathaniel - 36134 | 5 Discharged from Medical | SRJ-A-2-03-FLR | 5/28/2019 | 6/7/2019 |
| Braswell, James Nathaniel - 36134 | 5 Discharged from Medical | SRJ-A-2-03-FLR | 3/26/2019 | 5/28/2019 |
| Braswell, James Nathaniel - 36134 | 5 Relocate | SRJ-MED-MED-01-A | 3/7/2019 | 3/26/2019 |
| Braswell, James Nathaniel - 36134 | 5 Initial Housing Assignment | SRJ-Holding | 3/4/2019 | 3/7/2019 |
| Braswell, James Nathaniel - 36134 | 5 Relocate | SRJ-HLD-HLD-04-FLR4 | 2/18/2019 | 2/21/2019 |
| Braswell, James Nathaniel - 36134 | 5 Relocate | SRJ-MED-MED-04-A | 1/24/2019 | 2/18/2019 |
| Braswell, James Nathaniel - 36134 | 5 Relocate | SRJ-B-1-07-FLR | 1/16/2019 | 1/24/2019 |
| Braswell, James Nathaniel - 36134 | 5 Initial Housing Assignment | SRJ-MED-MED-01-FLR | 1/15/2019 | 1/16/2019 |
| Braswell, James Nathaniel - 36134 | 5 Initial Housing Assignment | SRJ-Holding | 1/8/2019 | 1/15/2019 |
| Braswell, James Nathaniel - 36134 | 5 Administrative | SCRJ-M-M-06-FLR | 1/5/2019 | 1/8/2019 |
| Braswell, James Nathaniel - 36134 | 5 Having Problems In Sectic | SCRJ-B-6-02-B | 1/2/2019 | 1/5/2019 |
| Braswell, James Nathaniel - 36134 | 5 Having Problems In Sectic | SCRJ-C-8-07-A | 1/2/2019 | 1/2/2019 |
| Braswell, James Nathaniel - 36134 | 5 Initial Housing Assignment | SCRJ-C-5-03-FLR | 12/27/2018 | 1/2/2019 |
| Braswell, James Nathaniel - 36134 | 5 Initial Housing Assignment | SCRJ-H-H-05-FLR15 | 12/26/2018 | 12/27/2018 |