# EXHIBIT D

Video Footage of Incident

On file with Clerk