# EXHIBIT E

**MUNCY, ARTHUR D**     0000092203

12/30/2018 - 1/12/2019, Selected range of dates     88 Employee(s) Selected

| Date | Schedule | In | Out | Transfer | Pay Code | Amount | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|
| Sat 12/29 | | | | | | | | | |
| Sun 12/30 | | 6:40AM | 12:00AM | | | | | 17.25 | 17.25 |
| | 2:45PM-11:00PM | | | | | | | | |
| Mon 12/31 | | | | | Governor's Proclamation 12-31 | 4.0 | | | |
| | | | | | NEW YEAR'S EVE 2018 | 4.0 | | | |
| | | 12:00AM | 12:11AM | | | | 17.5 | | |
| | 2:45PM-11:00PM | 2:25PM | 12:00AM | | | | | 17.75 | 35.0 |
| Tue 1/01 | | | | | NEW YEAR'S DAY 2019 | 8.0 | | | |
| | | 12:00AM | 12:19AM | | | | 9.75 | | |
| | 2:45PM-11:00PM | 2:31PM | 11:29PM | | | | 9.0 | 17.25 | 52.25 |
| Wed 1/02 | | | | | | | | | 52.25 |
| Thu 1/03 | | | | | | | | | 52.25 |
| Fri 1/04 | 2:45PM-11:00PM | 10:49AM | 12:00AM | | | | | 13.25 | 65.5 |
| Sat 1/05 | | 12:00AM | 3:11AM | | | | 16.5 | | |
| | 2:45PM-11:00PM | 11:15AM | 12:00AM | | | | | 16.0 | 81.5 |
| Sun 1/06 | | 12:00AM | 2:54AM | | | | 15.75 | | |
| | 2:45PM-11:00PM | 2:37PM | 12:00AM | | | | | 12.5 | 94.0 |


