IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

JAMES NATHANIEL BRASWELL,

    Plaintiff,

v.                                        Civil Action No. 2:20-CV-872

BETSY JIVIDEN, Commissioner of the
West Virginia Division of Corrections
and Rehabilitation, individually,
CRAIG ROBERTS, Superintendent of
South Central Regional Jail, individually,
ARTHUR MUNCY, Correctional Officer at
South Central Regional Jail,
CHRISTOPHER MARTIN, Correctional
Officer at South Central Regional Jail,
AUSTIN JOHNSON, Correctional Officer
at South Central Regional Jail,
ALEXANDER CRUM, Correctional Officer
at South Central Regional Jail, and
JOHN DOE, Correctional Officer at
South Central Regional Jail,

    Defendants.

## **PLAINTIFF'S NOTICE OF MEDIATION**

Please take notice that, in accordance with the Court's order, mediation for the above styled case has been scheduled before Monica N. Haddad, Esquire, to commence at the time and place described below:

    DATE: December 12, 2022

    TIME: 10:00 am EST

    PLACE: via Virtual Mediation

The parties will come together by Zoom teleconference. Parties choosing to appear by phone are to call the telephone number referenced on the Zoom invitation.

                                                      Respectfully submitted,

*/s/Jay T. McCamic*
Jay T. McCamic, Esq. (WVSB# 2386)
McCamic Law Firm, PLLC
80 12th Street, Ste. 305
Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com

*s/Anthony I. Werner*
Anthony I. Werner, Esq. (WVSB# 5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
Telephone: 304-233-4380
Fax: 304-233-4387
awerner@johnwernerlaw.com

*s/L. Dante diTrapano*
L. Danté diTrapano, Esq. (WVSB# 6778)
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
dditrapano@cldlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on <u>November 15, 2022</u>, I electronically filed the above motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Jay T. McCamic
Jay T. McCamic, Esq. (WVSB# 2386)
McCamic Law Firm, PLLC
80 12th Street, Ste. 305
Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com